**COHELAN KHOURY & SINGER**
Isam C. Khoury (SBN 58759)
ikhoury@ckslaw.com
Maggie K. Realin (SBN 263639)
mrealin@ckslaw.com
605 C Street, Suite 200
San Diego, CA 92101
Telephone: (619) 595-3001
Facsimile: (619) 595-3000

Attorneys for Plaintiff Hattie K. Arres

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| HATTIE K. ARRES, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br>v.<br><br>LANGER JUICE COMPANY, INC., a California Corporation; and DOES 1 through 100, Inclusive<br><br>Defendants. | Case No. 5:25-cv-01451-KK (DTBx)<br><br>**CLASS ACTION**<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**<br>**(Fed. Rule Civ. P. 41(a))**<br><br>Complaint filed: June 10, 2025<br>Trial date:       Not set |

1    NOTICE IS HEREBY GIVEN that pursuant to Federal Rules of Civil
2 Procedure 41(a)(1)(A)(i), Plaintiff HATTIE K. ARRES, on behalf of herself and
3 all others similarly situated, voluntarily dismisses without prejudice the above-
4 titled action against Defendant LANGER JUICE COMPANY, INC. This notice
5 of dismissal is being filed with the Court before service by Defendant of either an
6 answer or a motion for summary judgment.

COHELAN KHOURY & SINGER

Dated: October 20, 2025        By: /s/Maggie K. Realin
                                   Isam C. Khoury, Esq.
                                   Maggie K. Realin, Esq.
                               Attorneys for Plaintiff Hattie K. Arres, on behalf of herself and all others similarly situated

COHELAN KHOURY & SINGER
605 C Street, Suite 200
San Diego, CA 92101

1
Notice of Voluntary Dismissal Without Prejudice
Case No. 5:25-cv-01451-KK (DTBx)

# PROOF OF SERVICE

*Arres v. Langer Juice Company, Inc.*

U.S.D.C. Case No. 5:25-cv-01451-KK (DTBx)

I, Karla Sousa, declare as follows:

I am employed in the County of San Diego, State of California. I am over the age of 18 and not a party to this action. My business address is 605 "C" Street, Suite 200, San Diego, CA 92101. On October 22, 2025, I instituted service of the following document(s) described as:

**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

on the following parties:

| **Counsel for Defendant** | |
|---|---|
| Rick L. Shackelford, Esq.<br>Emerson B. Luke, Esq.<br>GREENBERG TRAURIG, LLP<br>1840 Century Park East, Suite 1900<br>Los Angeles, CA 90067-2121<br>Telephone: (310) 586-3878<br>Facsimile: (310) 586-7800<br>shackelfordr@gtlaw.com<br>lukee@gtlaw.com | |

in the following manner (as indicated below):

Submitting an electronic version of the document(s) via portable document format (PDF) to the court at https://ecf.caed.uscourts.gov.

Service will be deemed effective as provided for by the Local Rule 5-4.1 of the District Court of California, Central District.

I declare that I am employed in the office of a member of the bar of this court at whose direction this service is made.

Executed October 22, 2025, at San Diego, California.

*/s/ Karla Sousa*
Karla Sousa